UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL    **JS-6**

| | |
|---|---|
| Case No.  CV 13-08821-DMG (MRWx) | Date  January 27, 2015 |

| |
|---|
| Title  Michael J. Henry v. Pro*Act LLC et al |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| JESUS DUNEGHY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS)   ORDER AND NOTICE TO ALL PARTIES

In light of the notice of settlement, filed January 22, 2015, indicating that the case has settled in its entirety, this action is placed in inactive status.

By March 30, 2015 the parties shall file either (1) a proper stipulation and order for dismissal or judgment or (2) motion to reopen if settlement has not been consummated.  Upon the failure to timely comply with this Order, this action shall be deemed dismissed as of March 31, 2015.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.   The Final Pretrial Conference set on February 24, 2015 and Jury Trial set on March 24, 2015 are hereby VACATED.

IT IS SO ORDERED.